Rory C. Leisinger, Esq. (SBN: 277476)
Leisinger Law, LLP
118 N. Citrus Ave, Suite B
Covina, CA 91723
Tel: 626-290-2868
Email: rory@leisingerlaw.com
Attorneys for Plaintiff
Sarah Ferrara

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**SAN DIEGO DIVISION**

| | |
|---|---|
| Sarah Ferrara,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>U.S. BANK, N.A.,<br><br>　　　　Defendant. | Case No.: 3:16-cv-00129-MMA-JLB<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE OF SETTLEMENT**

　　Plaintiff, Sarah Ferrara, by and through her attorneys, Leisinger Law, LLP, inform this Honorable Court that Plaintiff has settled her case with Defendant, U.S. BANK, N.A. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 30 days. Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

///

1

Dated: March 18, 2016          Respectfully Submitted,

**LEISINGER LAW, LLP**
By: */s/ Rory Leisinger*
Rory Leisinger, Esq. (SBN: 277476)
118 N. Citrus Ave, Suite B
Covina, CA 91723
Tel: 626-290-2868
Email: Rory@leisingerlaw.com
Attorneys for Plaintiff
Sarah Ferrara