# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH FERRARA, <br><br> Plaintiff, <br><br> v. <br><br> U.S. BANK, N.A., <br><br> Defendant. | Case No.: 16cv0129-MMA (JLB) <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** <br><br> [Doc. No. 11] |

The parties have filed a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Accordingly, good cause appearing, this action is **DISMISSED** with prejudice.  Each party is to bear its own costs.

**IT IS SO ORDERED.**

Dated: April 19, 2016

*Michael M. Anello*

Hon. Michael M. Anello
United States District Judge